600 S.E.2d 175

**Angela M. HODGES, Appellant,**

v.

**COMMONWEALTH of Virginia, Department of Social Services, Division of Child Support Enforcement, ex rel. Comptroller of Virginia, ex rel. Phyllis Hodges, Appellees.**

Record No. 2182–03–3.

Court of Appeals of Virginia.

Aug. 10, 2004.

Before FITZPATRICK, C.J., and BENTON, ELDER, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, FELTON, KELSEY and McCLANAHAN, JJ.

Upon a Petition for Rehearing En Banc

On July 27, 2004 came the appellant, by counsel, and filed a petition praying that the Court set aside the judgment ren-

dered herein on July 13, 2004, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on July 13, 2004 is stayed pending the decision of the Court *en banc*, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.